UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SOUTH EDGE LLC, | ) | |
| | ) | 2:11-CV-00240-PMP-RJJ |
| Appellant, | ) | |
| v. | ) | |
| JPMORGAN CHASE BANK, N.A.; | ) | ORDER |
| CREDIT AGRICOLE CORPORATE AND | ) | |
| INVESTMENT BANK; WELLS FARGO | ) | |
| BANK, N.A.; AND U.S. TRUSTEE, | ) | |
| Appellees. | ) | |

IT IS ORDERED that Appellant shall have a period of fifteen (15) days from the date of this Order to file and serve an opening brief.  Appellees shall have fifteen (15) days thereafter to file and serve an answering brief.  Thereafter, Appellant shall have ten (10) days to file and serve a final reply brief.

IT IS FURTHER ORDERED that Appellant shall file and serve with Appellant's brief excerpts of the record as an appendix pursuant to LR 8009(a) and Fed. R. Bank. P. 8009(b).  Appellees also may file and serve an appendix with Appellees' brief which contains required material omitted by Appellant.

DATED: February 16, 2011

_____
PHILIP M. PRO
United States District Judge