UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOUTH EDGE LLC, | |
| Appellant, | 2:11-CV-00240-PMP-RJJ |
| v. | |
| JPMORGAN CHASE BANK, N.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; WELLS FARGO BANK, N.A.; AND U.S. TRUSTEE, | ORDER |
| Appellees. | |

IT IS ORDERED that any response to the Emergency Motion for Leave to Intervene in Appeal (Doc. #6) be filed no later than February 24, 2011.

DATED: February 22, 2011

_____
PHILIP M. PRO
United States District Judge