UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOUTH EDGE LLC,<br><br>        Appellant,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>CREDIT AGRICOLE CORPORATE AND<br>INVESTMENT BANK; WELLS FARGO<br>BANK, N.A.; AND U.S. TRUSTEE,<br><br>        Appellees. | 2:11-CV-00240-PMP-RJJ<br><br><br><br>ORDER |

      IT IS ORDERED that the briefing schedule (Doc. #5) previously entered in this case is hereby vacated.

      IT IS FURTHER ORDERED that the Chapter 11 Trustee, Cynthia Nelson, shall have thirty (30) days from the date of this Order to notify the Court whether the Trustee will pursue the appeal on behalf of the debtor, South Edge, LLC.

DATED: February 25, 2011

_____
PHILIP M. PRO
United States District Judge