UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOUTH EDGE LLC,<br><br>    Appellant,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>CREDIT AGRICOLE CORPORATE AND<br>INVESTMENT BANK; WELLS FARGO<br>BANK, N.A.; AND U.S. TRUSTEE,<br><br>    Appellees. | 2:11-CV-00240-PMP-RJJ<br><br><br>ORDER |

IT IS ORDERED that the Motion of South Edge, LLC for Order Shortening Time for Responses to the Concurrently Filed Motion to Restore an Appellate Briefing Schedule (Doc. #28) is hereby DENIED.

IT IS FURTHER ORDERED that the Motion of South Edge, LLC to Restore an Appellate Briefing Schedule (Doc. #26) is hereby DENIED.

IT IS FURTHER ORDERED that the Court reaffirms its prior Order (Doc. #22) that the Chapter 11 Trustee, Cynthia Nelson, shall have until March 28, 2011 to notify the Court in writing whether the Trustee will pursue the appeal on behalf of the debtor, South Edge, LLC. The Court will defer ruling on the Emergency Motion for Leave to Intervene in Appeal (Doc. #6) until after the Trustee advises the Court of her intention regarding the appeal.

DATED: March 2, 2011

_____
PHILIP M. PRO
United States District Judge