1  Gary R. Goodheart (NV Bar No. 1203)
   Tracy A. DiFillippo (NV Bar Bo. 7676)
2  JONES VARGAS
   3773 Howard Hughes Parkway
3  Third Floor South
   Las Vegas, Nevada 89169
4  Telephone:   (702) 862-3300
   Facsimile:   (702) 737-7705
5
                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA

7  | In re:                                | Case No. BK-10-32968-(BAM)              |
   |                                        |                                          |
8  | SOUTH EDGE, LLC,                       | Chapter 11                               |
   |                                        |                                          |
9  | Debtor.                                |                                          |
   |                                        |                                          |
10 | SOUTH EDGE, LLC,                       | Civil Case No.: 2:11-cv-00240-PMP-RJJ    |
11 |                                        |                                          |
   | Appellant,                             |                                          |
12 | v.                                     | **NOTICE OF ENTRY OF ORDER**             |
13 |                                        |                                          |
   | JPMORGAN CHASE BANK, N.A.; CREDIT      |                                          |
14 | AGRICOLE CORPORATE AND                 |                                          |
   | INVESTMENT BANK; and WELLS FARGO       |                                          |
15 | BANK, N.A.,                            |                                          |
   |                                        |                                          |
16 | Appellees.                             |                                          |

17
18         NOTICE IS HEREBY GIVEN that on the 14th day of April, 2011, the above-entitled
19 Court entered an ORDER APPROVING STIPULATION TO SUBSTITUTE ATTORNEYS AS
20 LOCAL COUNSEL OF RECORD FOR CYNTHIA NELSON, CHAPTER 11 TRUSTEE [Dkt.
21 No. 75] (the "Order").  A true and correct copy of the Order is attached hereto as Exhibit "1" and
22 made a part thereof.
23         DATED: April 14, 2011
24
25                                    /s/ Tracy A. DiFillippo
                                      Gary R. Goodheart (NV Bar No. 1203)
26                                    Tracy A. DiFillippo (NV Bar Bo. 7676)
                                      JONES VARGAS
27                                    3773 Howard Hughes Parkway
                                      Third Floor South
28                                    Las Vegas, Nevada 89169

## CERTIFICATE OF SERVICE

1. On April 14, 2011 *(date)* I served the following document(s) *(specify)*:

- **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO SUBSTITUTE ATTORNEYS AS LOCAL COUNSEL OF RECORD FOR CYNTHIA NELSON, CHAPTER 11 TRUSTEE**

I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

__X__ a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)* [On April 14, 2011]

**[SEE ATTACHED NEF SERVICE LIST]**

__X__ b.   **United States Mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

**[SEE ATTACHED SERVICE LIST]**

_____ c.   **Personal Service**
*(List persons and addresses. Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

_____ For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

_____ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

_____ d.   **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____ e.   **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____ f.  **By messenger**
*(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*:     **April 14, 2011**

**Eloisa Nuñez**                          **/s/ Eloisa Nuñez**
(Name of Declarant)                  (Signature of Declarant)

| | |
|---|---|
| 1 | **EXHIBIT A – NEF SERVICE LIST** |
| 2 | Brian E. Holthus beh@juww.com, FedCt@juww.com, dr@juww.com |
| 3 | |
| 4 | Gary R. Goodheart grg@jonesvargas.com, brs@jonesvargas.com |
| 5 | Gregory E. Garman usdcnotices@gordonsilver.com |
| 6 | Jeanette E. McPherson usdcfilings@s-mlaw.com |
| 7 | Lenard E. Schwartzer usdcfilings@s-mlaw.com |
| 8 | Rob Charles RCharles@LRLaw.com, cjordan@lrlaw.com |
| 9 | Robert Jay Moore rmoore@milbank.com |
| 10 | David M Stern dstern@ktbslaw.com |
| 11 | |
| 12 | Tracy DiFillippo tdifillippo@jonesvargas.com, ehardy@jonesvargas.com, enunez@jonesvargas.com |
| 13 | Eve H. Karasik ekarasik@stutman.com |
| 14 | Linda Dakin-Grimm ldakin-grimm@milbank.com |
| 15 | |
| 16 | Samuel A. Schwartz sam@schwartzlawyers.com, bryan@schwartzlawyers.com, ecf@schwartzlawyers.com, janine@schwartzlawyers.com |
| 17 | |
| 18 | James E. Hough jhough@mofo.com, LMoloff@mofo.com, ckirigakubo@mofo.com, docketny@mofo.com, dstodola@mofo.com, jrothberg@mofo.com |
| 19 | Jamie A. Levitt jlevitt@mofo.com, ckirigakubo@mofo.com, docketny@mofo.com, dstodola@mofo.com |
| 20 | |
| 21 | Tyler N Ure tnu@juww.com |
| 22 | Damion Stodola dstodola@mofo.com |
| 23 | Matthew Heyn mheyn@ktbslaw.com |
| 24 | |
| 25 | Robert J Pfister rpfister@ktbslaw.com |
| 26 | Brent C. Gardner bgardner@LRLaw.com |
| 27 | Whitman L. Holt wholt@ktbslaw.com |
| 28 | / / / |

1  Jordan A. Wishnew jwishnew@mofo.com

2  Christopher L Castillo christopher.castillo@haynesboone.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B – U.S. MAIL SERVICE LIST**

U.S. Trustee (Las Vegas)
U.S. Trustee
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101-5803

Anthony Arnold
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars 12th Fl
Los Angeles, CA 90067

Charles A. Beckham , Jr
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Daniel M Perry
Milbank Tweed Hadley & McCloy LLP
601 S Figueroa St
30th Floor
Los Angeles, CA 90017

G. Larry Engel
425 Market Street
San Francisco, CA 94105

K. John Shaffer
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars 12th Fl
Los Angeles, CA 90067

Kristin A. Hiensch
Morrison and Foerster LLP
425 Market Street
San Francisco, CA 94105

Martin Barash
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

///

///

| | |
|---|---|
| 1 | Norman Rosenbaum |
| 2 | Morrison and Foerster LLP |
|   | 1290 Avenue of the Americas |
| 3 | New York, NY 10104 |
| 4 | Paul S. Aronzon |
| 5 | Milbank, Tweed, Hadley & McCloy |
|   | 601 S Figueroa St, 30th Floor |
| 6 | Los Angeles, CA 90017 |
| 7 | Robert A. Greenfield |
| 8 | Stutman, Treister & Glatt, PC |
|   | 1901 Avenue of the Stars 12th Fl |
| 9 | Los Angeles, CA 90067 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# EXHIBIT 1

881730.doc

1  Gary R. Goodheart (Bar No. 1203)
   Tracy A. DiFillippo (Bar No. 7676)
2  JONES VARGAS
3  3773 Howard Hughes Parkway
   Third Floor South
4  Las Vegas, Nevada 89169
   Telephone:    (702) 862-3300
5  Facsimile:    (702) 737-7705

6                  UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  In re:                              Case No. BK-10-32968-(BAM)
9  SOUTH EDGE, LLC,                    Chapter 11
10
                    Debtor.
11

12 SOUTH EDGE, LLC,                    Civil Case No.: 2:11-cv-00240-PMP-RJJ
13                  Appellant,         STIPULATION AND PROPOSED ORDER
14                                     TO SUBSTITUTE ATTORNEYS AS
                                       LOCAL COUNSEL OF RECORD FOR
15                                     CYNTHIA NELSON, CHAPTER 11
                                       TRUSTEE
16

17         v.

18 JPMORGAN CHASE BANK, N.A.; CREDIT
   AGRICOLE CORPORATE AND
19 INVESTMENT BANK; and WELLS FARGO
   BANK, N.A.,
20
                    Appellees.
21

22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED AND AGREED pursuant to LR 10-6(c), by and between Jeanette E. McPherson and Lenard E. Schwartzer of the law firm of Schwartzer & McPherson Law Firm, Gary R. Goodheart and Tracy A. DiFillippo of the law firm of Jones Vargas, and Cynthia Nelson the court-appointed Chapter 11 Trustee (the "Trustee"), that Jeanette E. McPherson and Lenard E. Schwartzer of the law firm of Schwartzer & McPherson Law Firm will be substituted in the above-entitled matter as local counsel of record in place of Gary R. Goodheart and Tracy A. DiFillippo of the law firm of Jones Vargas.

Dated: April 13, 2011

By: /s/ Jeanette E. McPherson
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer &McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146


By: /s/ Tracy A. DiFillippo
Gary R, Goodheart
Tracy A. DiFillippo
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169

By: /s/ Cynthia Nelson
Cynthia Nelson
Chapter 11 Trustee

**ORDER**

**IT IS SO ORDERED.**

_(signature)_
Hon. Philip M. Pro
United States District Court Judge

Dated: April _14, 2011.